IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| N-N CATTLE, LTD., | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 6:13cv661 MHS-JDL |
| ROGER JOYCE, et al. | § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was assigned to United States Magistrate Judge John D. Love pursuant to General Order 14-10 and referred pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 2). The report recommends that because Plaintiff has failed to comply with L.R. CV-4(a) and Fed. R. Civ. P. 4(m), the cause of action should be dismissed without prejudice. The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that the cause of action be **DISMISSED WITHOUT PREJUDICE**.

It is SO ORDERED.
SIGNED this 29th day of May, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE